**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **RODRICK MAURICE BRAYBOY,** | : | |
| **Petitioner,** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO.  20-CV-2579** |
| | : | |
| **COMMONWEALTH OF** | : | |
| **PENNSYLVANIA,** | : | |
| **Respondent.** | : | |

## <u>ORDER</u>

**AND NOW**, this 1st day of June, 2021, upon consideration of Petitioner's Petition for a Writ of Habeas Corpus (Doc. No. 1), Amended Petition for a Writ of Habeas Corpus (Doc. No. 9), Second Amended Petition for a Writ of Habeas Corpus (Doc. No. 10), and the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski (Doc. No. 11), it is **ORDERED** that:

1.       The Report and Recommendation is **APPROVED** and **ADOPTED**;

2.       The Second Amended Petition for a Writ of Habeas Corpus is **DENIED** and **DISMISSED WITHOUT PREJUDICE**; and

3.       There is no basis to issue a certificate of appealability.

**IT IS SO ORDERED.**

BY THE COURT:

*/s/ Karen Spencer Marston*
_____
**KAREN SPENCER MARSTON, J.**